AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations          (7140)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Supervised Release) |
| **CARLOS DEMON ALLEN**, aka **Carlos Desmond Allen, aka Carlos Demond Allen, aka Darneil Rivers, aka Darnil Rivers** | |
| | CASE NUMBER: **1:02-CR-00258-001** |
| | USM NUMBER: **08572-003** |
| | Peter J. Madden, Esquire |
| | **Defendant's Attorney** |

**THE DEFENDANT:**

( )  admitted guilt to violation of supervision condition(s): _____

(X)  was found in violation of supervision conditions: Mandatory condition, #2, two special conditions and #9 as set out in the petition dated 3/1/2007 (Doc.19).

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Mandatory Condition 2 | New Offense Technical | New Arrest 02/24/2007 |
| Special Condition | Technical | |
| Special Condition 9 | Technical Technical | |

The defendant is sentenced as provided in pages 2 through **2** of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:** 9864          April 5, 2007
**Defendant's Date of Birth:** 1976              Date of Imposition of Judgment

**Defendant's Residence Address:**
Mobile, AL                           /s/ Callie V. S. Granade
                                     CHIEF UNITED STATES DISTRICT JUDGE

**Defendant's Mailing Address:**
                                     April 10, 2007
                                     Date

Defendant:  **CARLOS DEMON ALLEN, aka Carlos Desmond Allen, aka Carlos Demond Allen, aka Darneil Rivers, aka Darnil Rivers**
Case Number:  **1:02-CR-00258-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of  TWENTY-FOUR (24) MONTHS  .

( )  The court makes the following recommendations to the Bureau of Prisons:

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
  ( )  at __ .m. on __.
  ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )  before 2 p.m. on ____.
  ( )  as notified by the United States Marshal.
  ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                         By:_____
                                                    Deputy U.S. Marshal